# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-283; 5:20-cv-589; 8:20-cv-567-JFW-SHK | Date: | May 18, 2021 |
| Title: | *Darrell Allen, Sr. et al v. County of San Bernardino, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

     On May 18, 2021, the Court held a discovery hearing in which Defense counsel in M.A, et al. v. County of San Bernardino, et al. (Case No. 8:20-cv-00567-JFW (SHKx)) and also in the related matters of Z.M.A.  v. County of San Bernardino (Case No. 5:20-cv-00589-JFW-SHK) and Allen, et al. v. County of San Bernardino (Case No. 5:20-cv-00283-JFW-SHK sent an email to the Court pursuant to the Magistrate Judge's procedures regarding discovery related issues..  The issue arose where Bianca Gibbons ("Gibbons"), Guardian ad Litem for G.A., a minor, did not appear at her deposition.  After several continuances and rescheduling of her deposition, Gibbons still failed to appear to her depositions.  The United States District Judge in this matter has extended the discovery deadline to May 31, 2021 for the deposition.  As such, Gibbons is **ORDERED TO SHOW CAUSE** by no later than **May 20, 2021** why she has not reported to her depositions by filing a response with the Court.

     Failure to file a response or comply with the Court's order by May 20, 2021, may deem sanctions for violation of the Court's order.  The moving party may move for sanctions regarding contempt before the District Judge as soon thereafter.

     **IT IS SO ORDERED.**