**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **ED CV 20-283-JFW(SHKx)**                                   Date: June 2, 2021

Title:        Darrell Allen, Sr., et al.  -v- County of San Bernardino, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                                      **None Present**
**Courtroom Deputy**                                 **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                    None

**PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE**

        Lead counsel are ordered to show cause in writing by June 3, 2021 why they should not be
sanctioned in the amount of $2,500,00 and why Defendants' Motion for Summary Judgment or in
the Alternative Partial Summary Judgment, filed April 5, 2021 (Docket No. 53), and Plaintiffs'
Opposition, filed May 10, 2021 (Docket No. 77), should not be stricken for their violation of the
Court's Scheduling and Case Management Order ("CMO") (Docket No. 26) relating to the
presentation of deposition testimony.  *See* CMO, ¶ 4(b).  No oral argument on this matter will be
heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order
to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.
Failure to respond to the Order to Show Cause will result in the imposition of sanctions and striking
of Defendants' Motion for Summary Judgment.

        In addition, counsel shall file the required documents re: deposition testimony on or before
June 3, 2021.

        IT IS SO ORDERED.